IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION DE PRODUCTORES, EMPACADORES Y EXPORTADORES DE AGUACATE DE MICHOACAN, A.C. AND ITS MEMBERS,<br><br>Plaintiffs,<br><br>v.<br><br>THE CALIFORNIA AVOCADO COMMISSION,<br><br>Defendant. | 2:08-cv-00439-GEB-DAD<br><br>ORDER |

On April 11, 2008, Defendant filed a motion seeking to transfer venue to the Central District of California under 28 U.S.C. § 1404(a) (dkt. no. 11); a motion to strike under Federal Rule of Civil Procedure 12(f) (dkt. no. 9); a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) (dkt. no. 7); and a motion to strike under section 425.16 of the California Code of Civil Procedure (dkt. no. 13). All motions were noticed for hearing on May 19, 2008.

1

Since a motion to transfer venue should be decided first, hearings on the remaining motions are continued to June 2, 2008 at 9:00 a.m.  See <u>Arrowsmith v. United Press Int'l</u>, 320 F.2d 219, 221 (2d Cir. 1963) (indicating the district court should have decided the issue of venue before deciding the merits of dismissal motions).  The motion to transfer venue is submitted without oral argument, therefore, the hearing scheduled for May, 19, 2008 is vacated.

IT IS SO ORDERED.

Dated:  May 14, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge